FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAMES and KELLIE STOCKMAN,

                Plaintiffs,

v.

DUTCHMEN MANUFACTURING, INC,

                Defendant.

No.   2:16-CV-00131-SMJ

**ORDER DISMISSING CASE**

On October 20, 2016, the parties filed a stipulated motion for dismissal, ECF No. 15.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Joint Stipulation for Entry of Agreed Order of Dismissal, **ECF No. 15**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER OF DISMISSAL **-** 1

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2    provide copies to all counsel.

3    **DATED** this 21st day of October 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER OF DISMISSAL **-** 2